# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bodyguard Productions, Inc. v. Does 1-26     Case Number: 1:17-cv-07672

An appearance is hereby filed by the undersigned as attorney for:
Defendant John Doe 21

Attorney name (type or print):  Erin K. Russell

Firm:    The Russell Firm, LLC

Street address:    1519 W. Haddon Avenue, Suite D

City/State/Zip:    Chicago, IL 60642

Bar ID Number: 6287255     Telephone Number:    312-994-2424
(See item 3 in instructions)

Email Address: erin@russellfirmchicago.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 6, 2018

Attorney signature:    S/ Erin K. Russell
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015